1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     LAURA LEE PENNIE,                          No.  2:21-cv-01011 JAM AC PS

12              Plaintiff,

13        v.                                      ORDER

14     SONORA POLICE DEPARTMENT, et al.,

15              Defendants.

16

17        Plaintiff, who has been granted in forma pauperis status, is proceeding in this action pro

18  se.  The action was accordingly referred to the undersigned by Local Rule 302(c)(21).  On

19  September 20, 2021, defendants filed a motion to dismiss.  ECF No. 11.  Plaintiff has not

20  responded to the motion.

21        Local Rule 230(c) provides that opposition to the granting of a motion must be filed

22  fourteen days preceding the noticed hearing date.  The Local Rule further provides that "[n]o

23  party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

24  to the motion has not been timely filed by that party."  In addition, Local Rule 230(j) provides

25  that failure to appear may be deemed withdrawal of opposition to the motion or may result in

26  sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

27  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

28  inherent power of the Court."

                                                 1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2      1.  The motion hearing date of October 27, 2021 is CONTINUED to November 3,

3          2021, at 10:00 a.m. in via zoom.  Please contact the Courtroom Deputy Jonathan

4          Anderson by phone (916) 930-4199 or by email at janderson@caed.uscourts.gov

5          one day prior to the scheduled motion hearing to receive the Zoom information;

6      2.  Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the

7          motion, no later than October 20, 2021.  Failure to file an opposition or to appear

8          at the hearing will be deemed as a statement of non-opposition and shall result in

9          a recommendation that this action be dismissed pursuant to Federal Rule of Civil

10         Procedure 41(b).

11

12   DATED: October 14, 2021

13                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28