1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAURA LEE PENNIE,                              No.  2:21-cv-01011 JAM AC PS

12              Plaintiffs,

13         v.                                        FINDINGS AND RECOMMENDATIONS

14    SONORA POLICE DEPARTMENT,

15              Defendants.

16

17         Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

18    undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On September 20,

19    2021, defendants filed a motion to dismiss this case.  ECF No. 11.  Plaintiff did not respond.

20    Concerned that plaintiff had abandoned this case, the court issued an order stating plaintiff must

21    oppose the motion or file a statement of non-opposition by October 20, 2021, or the case would

22    be dismissed for failure to prosecute.  ECF No. 13.  Plaintiff was cautioned that failure respond

23    would lead to a recommendation that the action be dismissed.  Id.  Plaintiff again did not respond.

24    Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

25         Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without

26    prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R.

27    Civ. P. 41(b); Local Rule 110.

28    ////

                                                 1

1        These findings and recommendations are submitted to the United States District Judge

2    assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one

3    (21) days after being served with these findings and recommendations, plaintiff may file written

4    objections with the court.  Such document should be captioned "Objections to Magistrate Judge's

5    Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file

6    objections within the specified time may waive the right to appeal the District Court's order.

7    <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8    DATED: October 22, 2021

9                                     _____
ALLISON CLAIRE

10                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28