1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAURA LEE PENNIE,                      No.  2:21-cv-01011 JAM AC PS

12              Plaintiff,

13         v.                                ORDER

14    SONORA POLICE  DEPARTMENT,

15              Defendant.

16

17         Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a

18    United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19         On October 22, 2021, the magistrate judge filed findings and recommendations herein

20    which were served on plaintiff and which contained notice to plaintiff that any objections to the

21    findings and recommendations were to be filed within fourteen days.  ECF No. 14.  Plaintiff has

22    not filed objections to the findings and recommendations.

23         Although it appears from the file that plaintiff's copy of the findings and

24    recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

25    keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

26    of documents at the record address of the party is fully effective.

27    ///

28    ///

1

1        The court has reviewed the file and finds the findings and recommendations to be

2    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3    ORDERED that:

4            1. The findings and recommendations filed October 22, 2021, are adopted in full; and

5            2. This action is dismissed, without prejudice, for lack of prosecution and failure to

6    comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

7

8

9    DATED:  February 8, 2022                        /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
10                                                    UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28